IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN RYAN GOODMAN,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 18-2765 |

## ORDER

C. DARNELL JONES, II, J.

AND NOW, this 29th day of July 2019, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

_____
C. DARNELL JONES, II
U.S. DISTRICT COURT JUDGE